1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8                         ----oo0oo----

9   ANNE ORMSBY, an individual,
    and doing business as
10  Ormsby Editions,

11          Plaintiff,              CIV. NO. S-07-01550 WBS KJM

12  v.

13  THRIFTY PAYLESS, INC.,
    a California Corporation,
14  dba Rite-Aid; RITE AID
    CORPORATION, a Delaware
15  corporation; and KINGSBRIDGE
    INTERNATIONAL, a Nevada
16  Corporation,

17          Defendants.

18                        ---oo0oo----

19          STATUS (PRETRIAL SCHEDULING) ORDER

20          After reviewing plaintiff's Status Report, the court

21  hereby vacates the Status (Pretrial Scheduling) Conference

22  scheduled for October 22, 2007, and makes the following findings

23  and orders without needing to consult with the parties any

24  further.

25          I.   SERVICE OF PROCESS

26          All named defendants have been served and no further

27  service is permitted without leave of court, good cause having

28  been shown under Fed. R. Civ. P. 16(b). Defendants have not yet

1 answered the Complaint, but are prepared to file an answer if
2 necessary should settlement not be imminent.

3       II.   JOINDER OF PARTIES/AMENDMENTS

4       No further joinder of parties or amendments to
5 pleadings is permitted except with leave of court, good cause
6 having been shown under Fed. R. Civ. P. 16(b).  See Johnson v.
7 Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

8       III.   JURISDICTION/VENUE

9       Jurisdiction is predicated on claims brought under 17
10 U.S.C. § 101, et seq. (Copyright Act of 1976), and 15 U.S.C. §
11 1125(a) (the Lanham Act).  Venue is undisputed and is hereby
12 found to be proper.

13       IV.   DISCOVERY

14       Each party will serve the initial disclosures required
15 by Fed. R. Civ. P. 26 (a)(1) by no later than November 5, 2007.

16       All discovery, including depositions for preservation
17 of testimony, is left open, save and except that it shall be so
18 conducted as to be completed by February 22, 2008 for non-expert
19 discovery and by April 22, 2008 for expert discovery.   The word
20 "completed" means that all discovery shall have been conducted so
21 that all depositions have been taken and any disputes relevant to
22 discovery shall have been resolved by appropriate order if
23 necessary and, where discovery has been ordered, the order has
24 been obeyed.  All motions to compel discovery must be noticed on
25 the magistrate judge's calendar in accordance with the local
26 rules of this court and so that such motions may be heard (and
27 any resulting orders obeyed) not later than February 22, 2008 for
28 non-expert discovery and by April 22, 2008 for expert discovery.

1        V.   MOTION HEARING SCHEDULE

2        All motions, except motions for continuances,

3 temporary restraining orders or other emergency applications,

4 shall be filed on or before May 22, 2008.   All motions shall be

5 noticed for the next available hearing date.   Counsel are

6 cautioned to refer to the local rules regarding the requirements

7 for noticing and opposing such motions on the court's regularly

8 scheduled law and motion calendar.

9        VI.   FINAL PRETRIAL CONFERENCE

10        The Final Pretrial Conference is set for August 11,

11 2008 at 2:00 p.m. in Courtroom No. 5.   The conference shall be

12 attended by at least one of the attorneys who will conduct the

13 trial for each of the parties and by any unrepresented parties.

14        Counsel for all parties are to be fully prepared for

15 trial at the time of the Pretrial Conference, with no matters

16 remaining to be accomplished except production of witnesses for

17 oral testimony.   Counsel shall file separate pretrial statements,

18 and are referred to Local Rules 16-281 and 16-282 relating to the

19 contents of and time for filing those statements.   In addition to

20 those subjects listed in Local Rule 16-281(b), the parties are to

21 provide the court with: (1) a plain, concise statement which

22 identifies every non-discovery motion which has been made to the

23 court, and its resolution; (2) a list of the remaining claims as

24 against each defendant; and (3) the estimated number of trial

25 days.

26        In providing the plain, concise statements of

27 undisputed facts and disputed factual issues contemplated by

28 Local Rule 16-281(b)(3)-(4), the parties shall emphasize the

1  claims that remain at issue, and any remaining affirmatively pled

2  defenses thereto.  If the case is to be tried to a jury, the

3  parties shall also prepare a succinct statement of the case,

4  which is appropriate for the court to read to the jury.

5             VII.   TRIAL SETTING

6         The jury trial is set for October 28, 2008 at 9:00

7  a.m. in Courtroom No. 5.

8            VIII.   SETTLEMENT CONFERENCE

9         A Settlement Conference will be set at the time of the

10  Pretrial Conference.

11         All parties should be prepared to advise the court

12  whether they will stipulate to the trial judge acting as

13  settlement judge and waive disqualification by virtue thereof.

14         Counsel are instructed to have a principal with full

15  settlement authority present at the Settlement Conference or to

16  be fully authorized to settle the matter on any terms.  At least

17  seven calendar days before the Settlement Conference counsel for

18  each party shall submit a confidential Settlement Conference

19  Statement for review by the settlement judge.  If the settlement

20  judge is not the trial judge, the Settlement Conference

21  Statements shall not be filed and will not otherwise be disclosed

22  to the trial judge.

23           IX.   MODIFICATIONS TO SCHEDULING ORDER

24         Any requests to modify the dates or terms of this

25  Scheduling Order, except requests to change the dates of the

26  final Pretrial Conference or trial, may be heard and decided by

27  the assigned Magistrate Judge.  All requests to change the dates

28  of the Pretrial Conference and/or trial shall be heard and

1 | decided only by the undersigned judge.

2 | DATED:   October 16, 2007

3 |

4 | WILLIAM B. SHUBB

5 | UNITED STATES DISTRICT JUDGE