| | |
|---|---|
| 1 | **A PETER RAUSCH, JR., CA Bar No. 127930** |
| | counsel@rausch.com |
| 2 | **LAW OFFICE OF A. PETER RAUSCH, Jr.** |
| | **7488 Shoreline Drive, Suite A-3** |
| 3 | **Stockton, California 95219** |
| | **Telephone: (209) 952-5000** |
| 4 | **Facsimile: (209) 952-5009** |
| | Attorneys for Plaintiff, |
| 5 | Anne Ormsby |
| 6 | **EDWARD R. SCHWARTZ, CA Bar No. 147553** |
| | ers@cph.com |
| 7 | **CHRISTIE, PARKER & HALE, LLP** |
| | **350 West Colorado Boulevard, Suite 500** |
| 8 | **Post Office Box 7068** |
| | **Pasadena, California 91109-7068** |
| 9 | **Telephone: (626) 795-9900** |
| | **Facsimile: (626) 577-8800** |
| 10 | |
| 11 | Attorneys for Defendants, |
| | Thrifty Payless, Inc., Rite Aid Corporation |
| 12 | and Kingsbridge International, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE ORMSBY, | Case No. 2:07-CV-1550-WBS-KJM |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | **ORDER** |
| THRIFTY PAYLESS, INC.; RITE AID CORPORATION; KINGSBRIDGE INTERNATIONAL, | Hon. William B. Shubb |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the matter having been settled between the parties, Plaintiff Anne Ormsby and Defendants Thrifty Payless, Inc., Rite Aid Corporation and Kingsbridge International, Inc., by their counsel, hereby stipulate to dismissal of all claims, with prejudice, with each party being responsible for its own costs, including attorneys' fees.

Respectfully submitted,

LAW OFFICES OF
A. PETER RAUSCH, JR.

DATED:  November 27, 2007          By ___/s/A. Peter Rausch_____
                                       A. Peter Rausch, Jr.
                                   Attorney for Plaintiff,
                                   Anne Ormsby

**[Submitted via E-Filing]**

CHRISTIE, PARKER & HALE, LLP

DATED: November 27, 2007           By ___/s/Edward R. Schwartz_____
                                       Edward R. Schwartz
                                   Attorneys for Defendants,
                                   THRIFTY PAYLESS, INC.; RITE AID
                                   CORPORATION; KINGSBRIDGE
                                   INTERNATIONAL, INC.

**[Submitted via E-Filing]**

## E-FILING SIGNATURE ATTESTATION

I hereby attest that I have been expressly authorized by opposing counsel to affix his signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

November 27, 2007                         /s/ A. Peter Rausch, Jr.
                                          A. Peter Rausch, Jr.

**[Submitted via E-Filing]**

## ORDER

IT IS HEREBY ORDERED that all claims are dismissed, with prejudice, with no award of costs.

DATED:  December 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BLV PAS762755.1-*-10/30/07 10:06 AM